# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | 20-10170 |
| Lisa Marie Dobrowolski | : | Chapter: | 7 |
| | : | Judge: | Ferguson |
| Debtor(s) | : | | |

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒   Abandonment

❑   Public Sale

❑   Private Sale

❑   Settlement of Controversy

❑   Auctioneer Compensation

Description of Property (if applicable):
923 Route 88, Point Pleasant, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 3/18/2020 _____     By: Gary A. Nau _____

*rev.2/10/17*